UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA     :     Criminal No.09-235(KSH)
      -vs-                    :

Daymean Sanders             :     ORDER OF RELEASE


It is on this 1st day of April, 2009,  ORDERED

That bail be fixed at $100,000 and the defendant be released
upon:

XX   a.  Executing an unsecured appearance bond co-signed by Mary
         Sanders. Defendant's mother, Mary Sanders, to serve as
         Third Party Custodian.  Defendant's mother to co-sign
     bond and sign as Third Party Custodian by April 6, 2009.
     b.  Executing an appearance bond and depositing in cash in
         the registry of the Court ____% of the bail fixed.
     c.  Executing an appearance bond with approved sureties, or
         the deposit of cash in the full amount of the bail in
         lieu thereof.


It is further ORDERED that, in addition to the above, the
following conditions are imposed:

     1.  That the defendant not attempt to influence, intimidate,
         or injure any juror or judicial officer; not tamper with
         or retaliate against any witness, victim or informant in
         this case.
     2.  That the defendant be released in the custody of_____
         _____ for supervision during the period of release.
     3.  That the defendant be restricted in travel to
         New Jersey(X)  New York( ) Pennsylvania(X)  Other( )

         Specify Other As approved by Pretrial Services

     4.  Additional Conditions:
         Surrender Passport (X)
         Report to Pretrial Services ( )
         Daily( )  Weekly( )  In Person ( )  By Telephone ( )

     5.  Drug testing and treatment as deemed appropriate by
         Pretrial Services.

     6.  Maintain and/or seek employment, as directed by Pretrial
         Services.


It is further ORDERED that the defendant be furnished with a
copy of this order and a Notice of the Penalties applicable to
violation of conditions of release.

                              /s/ Katharine S. Hayden
                              Katharine S. Hayden, U.S.D.J.

I hereby certify that the defendant was furnished with a copy of this order and Notice of Penalties as indicated above.

RoseMarie Guilloty
Deputy Clerk

NOTICE OF PENALTIES APPLICABLE
TO THE VIOLATION OF CONDITIONS OF RELEASE

Title 18, United States Code, Section 3146 (c) provides that a warrant for the arrest of a defendant will be issued immediately upon any violation of the conditions of release. Conditions of release include those contained in the Appearance Bond the defendant may be required to execute.

Title 18, United States Code, Section 3150, provides that if the defendant willfully fails to appear as required he/she shall incur a forfeiture of any security given or pledged; and in addition:

1.   If the release was in connection with a charge of felony, or while the awaiting sentence or pending appeal, he/she shall be fined not more that $5,000. or imprisoned not more than five years, or both.

2.   If the charge was a misdemeanor, he/she shall be fined not more than the maximum provided for such misdemeanor or imprisoned for not more than one year, or both.

3.   If the above release relates to an appearance of a material witness, the penalty for willfully failing to appear is a fine of not more than $1,000.00 or imprisonment for not more than one year, or both.