UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : HON. KATHARINE HAYDEN
:
: Criminal No. 09-235 (KSH)
:
V. :
:
DAYMEON SANDERS : ORDER CHANGING VOLUNTARY SURRENDER :
:DATE :

This matter having been opened to the Court on the application of Michael W. Kahn, Esquire, for an order changing the voluntary surrender date of the defendant from November 9, 2009 to Nov 30, 2009, and the court having the considered the arguments of counsel for the defendant, Daymeon Sanders, and the Assistant United States Attorney, Grace Parks, Esquire, having consented to this continued voluntary surrender date.

It is on this ___6th___ day of _November_, 2009, hereby ordered that the Defendant, Daymeon Sander's hereby ordered that the defendant, Daymeon Sander's voluntary surrender date is continued from November 9, 2009 until November 30, 2009.

_____
Hon. Katharine S. Hayden, U.S.D.J