PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Daymeon Sanders                                Cr.:09-00235-001
                                                                 PACTS #: 54233

Name of Sentencing Judicial Officer: Katharine S. Hayden, United States District Judge

Date of Original Sentence: 10/05/09

Original Offense: Conspiracy to Commit Bank Fraud

Original Sentence: 15 months custody, 3 years supervised release, $100 special assessment and $265,113.51 restitution. Special conditions of no new debt, financial disclosure, and income tax requirements imposed.

| Type of Supervision: Supervised Release | Date Supervision Commenced: 12/30/10 |
|---|---|

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the standard supervision condition which states '**As a condition of supervision, you are instructed to pay restitution in the amount of $265,113.51; it shall be paid in the following manner: to the Northman Grumman Corporation at a rate of $150 per month commencing 30 days after release from imprisonment.**' |
| | Sanders released from imprisonment on December 30, 2010, and commenced the term of supervised release. To date, Sanders had paid a total of $3,945.00 in payments toward the special assessment ($100 satisfied) and $3,845 applied toward the restitution. Given the $150.00 per month requirement, the probation officer has determined Sanders falls short of the monthly payment obligation by an amount of $1,005. |

U.S. Probation Officer Action:

To our knowledge, the offender has not re-involved himself in criminal activity and has otherwise been compliant with the terms of supervised release. At the direction of the probation officer, Sanders attended the Moral Reconation Program in Camden, New Jersey and was one of the first graduates.

Sanders has spent the majority of his employment in the development of his technological invention, VideoiGames, with two patents pending to date. Offender developed this online gaming system which he has hoped to launch and he believes will be prosperous once launched. Sanders has been forthcoming with information requested regarding all aspects of this endeavor. The probation officer is satisfied the offender paid his financial obligation to the best of his ability and recommends supervision be permitted to conclude as schedule on December 29, 2013.

Respectfully submitted,

By: *Sharon A. O'Brien*
Senior U.S. Probation Officer
Date: 11/08/13

---

[X] *The Court concurs with the probation officer's recommendation to allow supervision to terminate as scheduled on December 29, 2013, with an outstanding restitution balance to be collected by the financial litigation unit of the U.S. Attorney's Office.*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Signature of Judicial Officer

12/4/13
Date